# EXHIBIT B

# AUDIO FILE