USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALL SURFACE PUBLISHING, INC.,

           Plaintiff,

-against-

ORCHARD ENTERPRISES NY, INC.; D/B/A THE ORCHARD; MR. 305, INC.; PAUL EDWARD BLAIR P/K/A DJ WHITE SHADOW,

           Defendants.

1:24-cv-06039 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' Proposed Case Management Plan and Scheduling Order. [ECF No. 34]. The parties did not complete the tasks at Paragraphs 1 and 2. [ECF No. 34].

Accordingly, the parties shall refile their Proposed Case Management Plan and Scheduling Order by the close of business on January 29, 2025.

**The parties are reminded that failure to comply with this Order or with any order of the Court or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Date: January 28, 2025
New York, NY

                                               */s/ Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**