

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 30, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *All Surface Publishing, Inc. v. Orchard Enterprises NY, Inc., et al.* 1:24-cv-06039-MKV

Dear Judge Vyskocil:

    We represent Plaintiff All Surface Publishing, Inc. in the above-captioned case. We write to respectfully request a 30-day extension of time to file final dismissal papers in this action.

(i) the original due date is May 2, 2025 [Dkt. No. 43];

(ii) Plaintiff has <u>not</u> sought previous requests for an extension of this deadline;

(iii) The Court has not granted or denied any requests for an extension;

(iv) Despite best efforts, the parties will not be able to consummate their settlement transaction prior to the original deadline.

(v) Defendants consent to the requested relief.

No other dates will be affected by the extension.

Respectfully Submitted,

**/s/ James H. Freeman /**
James H. Freeman

*Counsel for Plaintiff*

IT IS HEREBY ORDERED that the deadline for an application to restore the action is extended to June 2, 2025. If no such application is made by that date, the dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).
SO ORDERED.

Date: May 1, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge