

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/30/2025
```

May 29, 2025

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *All Surface Publishing, Inc. v. Orchard Enterprises NY, Inc., et al.* 1:24-cv-06039-MKV

Dear Judge Vyskocil:

    We represent Plaintiff All Surface Publishing, Inc. in the above-captioned case. We write to respectfully request an additional 30-day extension of time to file final dismissal papers in this action. For context:

(i)    The current due date is June 2, 2025 [Dkt. No. 45];

(ii)    Plaintiff sought a previous extension of this deadline on April 30, 2025;

(iii)    The Court granted the previous request for an extension [Dkt. No. 45];

(iv)    The parties have made considerable strides in memorializing their settlement in principle into a formal settlement agreement, but need some additional time to finalize the settlement language (only two terms remain outstanding), and to allow for related actions to occur prior to dismissal.

(v)    Defendants consent to the requested relief.

No other dates will be affected by the requested extension.

Respectfully Submitted,

**/s/ James H. Freeman /**
James H. Freeman

*Counsel for Plaintiff*

IT IS HEREBY ORDERED that the deadline for an application to restore the action is extended to July 2, 2025. If no such application is made by that date, the dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).
SO ORDERED.

Date: 5/30/2025
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge