Case 1:24-cv-06039-MKV   Document 48   Filed 06/30/25   Page 1 of 1



333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

June 27, 2025

<u>**VIA ECF**</u>

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/30/2025

Re:   *All Surface Publishing, Inc. v. Orchard Enterprises NY, Inc., et al.* 1:24-cv-06039-MKV

Dear Judge Vyskocil:

    We represent Plaintiff All Surface Publishing, Inc. in the above-captioned case. We write to respectfully request an additional 30-day extension of time to file final dismissal papers in this action.

(i)    the current due date is July 2, 2025 [Dkt. No. 47];

(ii)    Plaintiff sought two previous extensions of this deadline on April 30, 2025 and then again on May 29, 2025;

(iii)    The Court granted the two previous requests for an extension [Dkt. Nos. 45; 47];

(iv)    Despite best efforts, the parties will not be able to consummate their settlement transaction prior to the current deadline. However, the parties are continuing to work towards finalizing their agreement.

(v)    Defendants Mr. 305, Inc. and Orchard Enterprises NY, Inc. consent to the requested relief. However, defendant Paul Edward Blair has indicated it does not consent to the requested extension.

No other dates will be affected by the requested extension.

Respectfully Submitted,

/s/ **James H. Freeman** /
James H. Freeman

*Counsel for Plaintiff*

---

GRANTED. This is the Court's third extension of the deadline to reopen this case. [ECF Nos. 42, 45, 47]. No further extensions will be granted absent extenuating and unforeseen circumstances.
SO ORDERED.

Date: June 30, 2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge