

333 EARLE OVINGTON BLVD, STE 402<br>
UNIONDALE, NEW YORK 11553<br>
T:  516-203-7600<br>
F:  516-282-7878

August 1, 2025

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *All Surface Publishing, Inc. v. Orchard Enterprises NY, Inc., et al.* 1:24-cv-06039-MKV

Dear Judge Vyskocil:

    We represent Plaintiff All Surface Publishing, Inc. in the above-captioned case. We write to respectfully request an additional 30-day extension of time to file final dismissal papers in this action or, in the alternative, if the Court is not inclined to grant a fourth extension, then to restore the matter to the docket and refer to Magistrate Judge Ricardo for purposes of a settlement conference in order to help resolve an impasse in negotiations of a final settlement.

    The parties have negotiated in good faith throughout this process, but have not been able to resolve a material issue concerning the scope of the release.  The parties were genuinely hoping to resolve without the need for an additional extension of time but, alas, final agreement has not been achieved as of the time of this motion.

(i)    the current due date is August 1, 2025 [Dkt. No. 49];

(ii)     Plaintiff, upon consent of Defendants, sought three previous extensions of this deadline on April 30, 2025, May 29, 2025; and June 27, 2025

(iii)     The Court granted the three previous requests for an extension [Dkt. Nos. 45; 47; 49];

(iv)    Despite best efforts, the parties will not be able to consummate their settlement transaction prior to the current deadline.  However, the parties are continuing to work towards finalizing their agreement, including as this motion is filed.

(v)    Defendants Mr. 305, Inc. and Orchard Enterprises NY, Inc. consent to the requested relief.  However, defendant Paul Edward Blair has indicated it does not consent the requested extension.



333 EARLE OVINGTON BLVD, STE 402<br>
UNIONDALE, NEW YORK 11553<br>
T: 516-203-7600<br>
F: 516-282-7878

No other dates will be affected by the requested extension. Unfortunately, the parties did not seek an extension request within the 72 hours prescribed by the Court's rules and apologize to the Court. The parties have, over the course of the last week, been attempting to resolve the case without further judicial intervention

Respectfully Submitted,

**/s/ James H. Freeman /**
James H. Freeman

*Counsel for Plaintiff*