USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALL SURFACE PUBLISHING, INC.,

        Plaintiff,

-against-

ORCHARD ENTERPRISES NY, INC.; D/B/A THE ORCHARD; MR. 305, INC.; PAUL EDWARD BLAIR P/K/A DJ WHITE SHADOW,

        Defendants.

1:24-cv-06039 (MKV)

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been notified by Magistrate Judge Ricardo that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 29, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: August 29, 2025
New York, NY

**MARY KAY VYSKOCIL**
United States District Judge